UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80159-CIV-MIDDLEBROOKS/JOHNSON

CHRISTOPHER BIVINS,

    Plaintiff,

vs.

WRAP IT UP, INC. d/b/a NATURE'S
WAY CAFÉ, ANNIE RASO, and
NATURE'S WAY CAFÉ
FRANCHISING, LLC

    Defendants.
_____/

**CLOSED CIVIL CASE**

## FINAL JUDGMENT

THIS CAUSE comes before the Court upon trial of the matter as between Plaintiff and Defendants Annie Raso and Wrap it Up, Inc. d/b/a Nature's Way Café, held on October 15 and 16, 2007, and upon the Findings of Facts and Conclusions of Law entered by the Court under separate Order. Pursuant to Fed. R. Civ. P. 58, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that Final Judgment is hereby entered in favor of Plaintiff and against Defendants Annie Raso and Wrap it Up, Inc. d/b/a Nature's Way Café upon the Complaint herein as follows:

1. Plaintiff shall recover compensatory damages from Defendants Annie Raso and Wrap it Up, Inc. d/b/a Nature's Way Café, jointly and severally, in the amount of $5,000.00.

2. Plaintiff shall recover punitive damages from Defendants Annie Raso and Wrap it Up, Inc. d/b/a Nature's Way Café in the amount of $2,500.00 each, for a total judgment of $5,000.00.

3. Plaintiff shall receive injunctive relief only to the extent that Defendants Annie Raso and Wrap it Up, Inc. d/b/a Nature's Way Café are directed to immediately advise the Atlantis Police Department that the trespass warning was inappropriate and that Mr. Bivins may, if he chooses, return to the premises.

4. The Court shall retain jurisdiction to address any motions for attorney's fees and/or costs. Any pending motions are DENIED AS MOOT and the Clerk of Court shall CLOSE this CASE.

DONE AND ORDERED in Chambers, in West Palm Beach, Florida, this 17th day of October, 2007.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel of record