AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF

CHRISTOPHER BIVINS

**JUDGMENT IN A CIVIL CASE**

V.

WRAP IT UP, INC. et al

Case Number: 07-CV-80159-DMM/LRJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment in favor of the Plaintiff and against Defendants for $33,206.88 representing attorney's fees, $2,493.75 representing the expert's fee, and $11,122.67 for costs and expenses, for all of which execution may issue.

| 3/6/2008 | STEVEN LARIMORE |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |