DC 11 (Rev. 11/2002) Writ of Execution

## WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT | Southern District of Florida |
|---|---|---|

| TO THE MARSHAL OF: Southern District of Florida |
|---|

| YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to: |
|---|
| NAME |
| Annie Raso, 118 Sedona Way, Palm Beach Gardens, FL 33462; all assets subject to levy belonging to Annie Raso, at the foregoing address and at 259 Cypress Point DR, 281 Cypress Point DR, and 292 Cypress Point DR, Palm Beach Gardens, FL 33418, and at 5897 S. Congress AV, Atlantis, FL 33462 |

| you cause to be made and levied as well a certain debt of: | |
|---|---|
| DOLLAR AMOUNT | DOLLAR AMOUNT |
| $46,823.30 (Forty-six thousand eight hundred twenty-three dollars and thirty cents) | and   post-judgment interest at 2.99% |

in the United States District Court for the __Southern__ District of __Florida__,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Annie Raso, judgment debtor (judgment dated March 6, 2008); Bivins v. Wrap It Up, Inc., etc., Annie Raso, et al.; Case No. 07-80159-CIV-MIDDLEBROOKS/JOHNSON

and also the costs that may accrue under this writ.
     And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT  Southern |
|---|---|
| CITY   West Palm Beach | DATE |

Witness the Honorable _____
                                             *(United States Judge)*

| DATE  5/28/08 | CLERK OF COURT   **Steven M. Larimore** |
|---|---|
| | (BY) DEPUTY CLERK  [signature] |

### RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|