UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-80159-CIV-MIDDLEBROOKS/JOHNSON

CHRISTOPHER BIVINS,

    Plaintiff,

v.

WRAP IT UP, INC. d/b/a NATURE'S
WAY CAFÉ, ANNIE RASO, and
NATURE'S WAY CAFÉ
FRANCHISING, LLC

    Defendants,

and

BANKATLANTIC, a federal savings bank,

    Garnishee.
_____/



## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Final Judgment on Writ of Garnishment (DE 120), filed May 16, 2008. The Court has reviewed the motion and is otherwise fully advised in the premises.

On October 19, 2007, a Final Judgment was entered in this case in favor of Christopher Bivins and against Defendants Wrap It Up, Inc. d/b/a Nature's Way Café and Annie Raso. Plaintiff's Motion for Writ of Garnishment as to Judgment Debtor/Defendant Annie Raso is dated April 4, 2008 (DE 107). The Writ of Garnishment was issued on April 7, 2008 (DE 108). On April 9, 2008, the Writ of Garnishment was served on BankAtlantic. On April 14, 2008, BankAtlantic filed its Answer (DE 113), alleging that it has $456.00 in its possession which was

held on account of Annie Raso. On April 15, 2008, Plaintiff provided the statutory notice required by Fla. Stat. § 77.055, including a copy of BankAtlantic's Answer.

A federal writ of garnishment is generally governed by the law of the state in which the district court is located. *See* Fed. R. Civ. P. 69(a). Pursuant to Fla. Stat. § 77.07, where the defendant or other interested person has failed to file and serve a motion to dissolve within twenty days after receiving the statutory notice required by Fla. Stat. § 77.055, the proceedings shall be in a default posture as to the party involved. The statutory notice was provided over a month ago and neither defendant nor any interested person has responded.

Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff's Motion for Final Judgment on Writ of Garnishment (DE 120) is GRANTED.

DONE AND ORDERED in Chambers, at West Palm Beach, Florida, this 27 day of June, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE