UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-80159-CIV-MIDDLEBROOKS/JOHNSON

CHRISTOPHER BIVINS,

    Plaintiff,

vs.

WRAP IT UP, INC. d/b/a NATURE'S
WAY CAFÉ, ANNIE RASO, and
NATURE'S WAY CAFÉ
FRANCHISING, LLC

    Defendants.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Christopher Bivins, plaintiff in the above named case, appeals to the United States Court of Appeals for the Eleventh Circuit from the August 11, 2009, Order (Doc. 155), as amended on September 1, 2009 (Doc. 157), granting in part plaintiff's Motion for a Supplemental Award of Attorneys' Fees (Doc. 149).

    Respectfully submitted,

    /s Randall C. Marshall

    Randall C. Marshall, Esq.
    ACLU FOUNDATION OF FLORIDA, INC.
    4500 Biscayne Boulevard, Suite 340
    Miami, FL 33137-3227
    Florida Bar No: 181765
    rmarshall@aclufl.org
    (786) 363-2700
    (786) 363-1108 (facsimile)

        Linda J. Ehrlich, Esq.
        Fla. Bar No. 318604
        E-mail: orechetdin@aol.com
        LINDA J. EHRLICH, P.A.
        The Plaza, Suite 801
        5355 Town Center Road
        Boca Raton, FL 33486
        Telephone: (561) 391-4900
        Facsimile: (561) 368-9274

        Cooperating Attorney for the American Civil
        Liberties Union Foundation of Florida, Inc.

        Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2009, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which also will send a Notice of Electronic Filing to all counsel of record: Arthur T. Schofield, Esq., and Linda J. Ehrlich, Esq.

        /s Randall C. Marshall